**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CAITLIN MOHLER | : | CASE NO: 2:26-cv-01124 |
| | : | |
| Plaintiff, | : | CHIEF JUDGE: SARAH D. MORRISON |
| v. | : | |
| OHIO UNIVERSITY, | : | MAGISTRATE JUDGE: KIMBERLY A. JOLSON |
| Defendant. | : | |

## RULE 26(f) REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on October 19, 2026 and was attended by:

Helen M. Robinson, counsel for plaintiff(s)______,

______, counsel for plaintiff(s)______,

Stephen Postalakis, counsel for defendant(s)______,

______, counsel for defendant(s)______,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

_____Yes      ____X No

2. INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

____X Yes    _____No    _____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by November 10, 2026.

3. VENUE AND JURISDICTION

Are there any contested issues related to venue or jurisdiction?

_____Yes ______X No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _________.

4. PARTIES AND PLEADINGS

a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by December 14, 2026.

b. If the case is a class action, the parties agree that the motion for class certification shall be filed by N/A.

5. MOTIONS

a. Are there any pending motion(s)?

_____Yes _____X No

If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

b. Are the parties requesting expedited briefing on the pending motion(s)?

_____Yes _____X No

If yes, identify the proposed expedited schedule:

Opposition to be filed by__________; Reply brief to be filed by__________.

6. ISSUES

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

Plaintiff: Plaintiff seeks compensatory and punitive damages; declaratory, injunctive and equitable relief; prejudgment and post-judgment interest; and attorneys' fees and costs for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et. seq*., when Defendant failed to take prompt remedial action after Plaintiff's supervisor notified Defendant about Plaintiff's manager's

unwelcome sexual advances and harassment, which caused Plaintiff to continue to endure unlawful harassment, retaliation and a sexually hostile work environment. Jury trial requested.

Defendant: Defense counsel is still gathering and evaluating available information but intends to assert all available defenses, including that Defendant promptly investigated the matter once Plaintiff belatedly agreed to cooperate.

7. DISCOVERY PROCEDURES

a. The parties agree that all discovery shall be completed by July 30, 2027. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

b. Do the parties anticipate the production of ESI? __X__ Yes __________ No

If yes, describe the protocol for such production:

The parties anticipate that ESI in this matter exists in the following formats: text/SMS and other electronic messages; word processing documents; spreadsheets; PDFs; digital photographs; video files (including store surveillance footage); audio files; database records (POS, inventory, personnel/HR systems); and social media content. The parties agree that ESI will be produced as single-page or multi-page TIFF images with a corresponding load file and searchable text, or as native files where appropriate (e.g., spreadsheets, video, and audio), with metadata fields to be exchanged as agreed. Documents that do not exist in electronic form will be produced as scanned images.

c. Do the parties intend to seek a protective order or clawback agreement? X YES

If yes, such order or agreement shall be produced to the Court by November 19, 2026.

8. DISPOSITIVE MOTIONS

a. Any dispositive motions shall be filed by September 24, 2027.

b. Are the parties requesting expedited briefing on dispositive motions?

_____ Yes ______X No

If yes, identify the proposed expedited schedule:

Opposition to be filed by__________; Reply brief to be filed by__________.

9. EXPERT TESTIMONY

a. Primary expert reports must be produced by May 3, 2027.

b. Rebuttal expert reports must be produced by June 4, 2027.

10. SETTLEMENT

Plaintiff(s) will a make a settlement demand by December 11, 2026. Defendant will respond by January 11, 2027. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year:

April 2027

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

_____Yes, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place ___________ in chambers_______by telephone.

_____X No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. OTHER MATTERS

Indicate any other matters for the Court's consideration: None

Signatures:

**Attorney for Plaintiff(s):**
*/s/ Helen M. Robinson*
Counsel for Caitlin Mohler
Bar # 0097070

**Attorney for Defendant(s):**
*/s/ Stephen Postalakis*
Counsel for Ohio University
Bar # 0063240

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed with the Court on this 20th Day of October 2026, using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

By: */s/ Helen M. Robinson*
Helen M. Robinson (0097070)