**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CAITLIN MOHLER,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-1124**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**OHIO UNIVERSITY,**

**Defendant.**

## SCHEDULING ORDER

Based upon the Parties' Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (Doc. 5), the Court **VACATES** the preliminary pretrial conference set for October 27, 2026, and **ADOPTS** the following schedule:

INITIAL DISCLOSURES

The parties shall exchange initial disclosures by November 10, 2026.

VENUE AND JURISDICTION

There are no contested issues related to venue or jurisdiction.

PARTIES AND PLEADINGS

Any motion to amend the pleadings or to join additional parties shall be filed by December 14, 2026.

ISSUES

Plaintiff: Plaintiff seeks compensatory and punitive damages; declaratory, injunctive and equitable relief; prejudgment and post-judgment interest; and attorneys' fees and costs for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et. seq*., when Defendant failed to take prompt remedial action after Plaintiff's supervisor notified Defendant about Plaintiff's manager's unwelcome sexual advances and harassment, which caused Plaintiff to

continue to endure unlawful harassment, retaliation and a sexually hostile work environment. Jury trial requested.

Defendant: Defense counsel is still gathering and evaluating available information but intends to assert all available defenses, including that Defendant promptly investigated the matter once Plaintiff belatedly agreed to cooperate.

DISCOVERY PROCEDURES

All discovery shall be completed by July 30, 2027. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court, specifically by reaching out to Magistrate Judge Jolson in a joint email. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

The parties anticipate that ESI in this matter exists in the following formats: text/SMS and other electronic messages; word processing documents; spreadsheets; PDFs; digital photographs; video files (including store surveillance footage); audio files; database records (POS, inventory, personnel/HR systems); and social media content. The parties agree that ESI will be produced as single-page or multi-page TIFF images with a corresponding load file and searchable text, or as native files where appropriate (e.g., spreadsheets, video, and audio), with metadata fields to be exchanged as agreed. Documents that do not exist in electronic form will be produced as scanned images.

Any proposed protective order or clawback agreement shall be filed with the Court by November 19, 2026. A Word version of the proposed protective order should be sent to jolson_chambers@ohsd.uscourts.gov, and any provision related to sealing must comply with S.D. Ohio Civ. R. 5.2.1.

DISPOSITIVE MOTIONS

Any dispositive motions shall be filed by September 24, 2027.

EXPERT TESTIMONY

Primary expert reports shall be produced by May 3, 2027. Rebuttal expert reports shall be produced by June 4, 2027. If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties. If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties. Under Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

SETTLEMENT

Plaintiff will make a settlement demand by December 11, 2026. Defendant will respond by January 11, 2027. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator for a settlement conference in April 2027. In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

None.

If the foregoing does not accurately record the parties' agreements, counsel will please immediately make their objection in writing. If any date set in this order falls on a Saturday, Sunday, or legal holiday, the date is automatically deemed to be the next regular business day.

IT IS SO ORDERED.

Date: October 21, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE